## IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| Brett Jefferson,<br>　　　　　　Plaintiff<br>v.<br><br>Grande Bay Resort Condominium Association, Inc.,<br>Bay Isles Associates, LLLP, Thomas Hill, individually,<br>John Jordan, individually,<br><br>　　　　　　Defendants | Civil No. 10-97 |
| Bay Isles Associates, LLLP,<br><br>　　　　　　Counterclaim, Cross-Claim and<br>　　　　　　Third Party Plaintiff<br>v.<br><br>Brett Jefferson, Thomas Hill, John Jordan, Harrington Holdings, LLC, Richard Dobrow and Paula J. Dobrow, Four-By-Four Forever, LLC, Island Spine, LLC, Bayview Investments, LLC, Colleen L. Norrgard and Robert P. Norrgard, Lucky Lithuanian Woman, LLC, Joan Weithal and James E. Clayton, Bay Street, LLC, John W. Russell, Maria Jordan, C-103 Grande Bay, LLC, J-CAT Properties, LLC, KPMAC Properties, LLC, Elizabeth J. Branda, OSSJ Property Holdings, LLC, CK/KC, LLC, Charles Kray and Sara Kray, Charles Bittinger, III and Carmen K. Bittinger, Atlantic Properties, LLC, John D. Story and Diane M. Story, KPMAC Holdings, LLC, Edward A. Haak, Jacqueline A. Funt, Anna May Charrington and Peter Charrington, Southern Serenity, LLC, Island Pursuits, LLC, Keith Bolognese and Koryn Bolognese, Peter H. Langer and Leslie S. Langer,<br>Raymond E. Krek and Gayle M. Krek<br><br>　　　　　　Counterclaim, Cross-Claim and<br>　　　　　　Third Party Defendants | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF GRANDE BAY RESORT CONDOMINIUM ASSOCIATION, INC.

PLEASE TAKE NOTICE, that Plaintiff Brett Jefferson by and through his attorneys, Kevin F. D'Amour, P.C., Michael L. Sheesley appearing does hereby give notice of the voluntary dismissal of Defendant Grande Bay Resort Condominium Association, Inc. without prejudice pursuant to *Fed. R. Civ. P. 41*. Each side is to bear their own attorney fees and costs.

KEVIN F. D'AMOUR, P.C.

/s/Michael L. Sheesley
Kevin F. D'Amour, P.C.
VI Bar #1010
P.O. Box 10829
St. Thomas, VI 00801
(340)774-8188
(340)774-8189
michael.sheesley@comcast.net

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of November, 2010, an exact copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notification of the filing (NEF) to the parties in the above captioned.

/s/Michael L. Sheesley