IN THE DISTRCT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS & ST. JOHN

BRETT JEFFERSON, )
)
     Plaintiff, )
)
vs. ) CIVIL NO. 10-97
)
GRANDE BAY RESORT CONDOMINIUM )
ASSOCIATION, INC, BAY ISLES ASSOCIATES, )
LLLP, THOMAS HILL, individually, JOHN )
JORDAN, individually. )
)
     Defendants. )

## ORDER OF DISMISSAL WITH PREJUDICE

This matter is before the Court on the Stipulation of Dismissal With Prejudice filed by Plaintiff Brett Jefferson and Defendants Bay Isles Associates, LLLP ("Bay Isles"), Thomas Hill ("Hill"), and John Jordan ("Jordan"). Upon consideration of the premises, and the Court being duly advised, it is hereby ordered:

1. The complaint filed by Brett Jefferson is DISMISSED WITH PREJUDICE as to all Defendants, including the Grande Bay Resort Condominium Association, Inc.

2. The counterclaim of Bay Isles against Jefferson (Doc. No. 14) is DISMISSED WITH PREJUDICE.

3. The cross claim of Bay Isles against Hill and Jordan (Doc. No. 14) and the counterclaim filed by Hill and Jordan against Bay Isles (Doc. No. 29) are DISMISSED WITH PREJUDICE.

4. The third party complaint filed by Bay Isles (Doc. No. 14) is DISMISSED WITH PREJUDICE.

*Brett Jefferson v. Grande Bay Resort Condominium Assoc., et al.*
Civil No. 2010-97
Order of Dismissal
Page 2 of 2

5. Jefferson, Bay Isles, Hill and Jordan shall bear his or its own costs, including attorneys' fees, in accordance with the Stipulation of Dismissal filed by the parties.

Dated: May 2nd, 2011

_____
DISTRICT COURT JUDGE