IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| Brett Jefferson, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>Grand Bay Resort Condominium Association, )<br>Inc., Bay Isles Associates LLLP, Thomas Hill, )<br>Individually, John Jordan, individually, )<br>)<br>Defendants. )<br>_____ ) | CIVIL NO. 3:10-cv-00097-CVG-RM |

Bay Isles Associates, LLLP,

                    Counterclaim, Cross-Claim and
                    Third Party Plaintiff,

vs.

Brett Jefferson, Thomas Hill, John Jordon,
Harrington Holdings, LLC, Richard Dobrow and
Paula J. Dobrow, Four-By-Four Forever, LLC,
Island Spine, LLC, Bayview Investments, LLC,
Colleen J. Norrgard and Robert P. Norrgard,
Lucky Lithuanian Woman, LLC, Joan Weithal
And James E. Clayton, Bay Street, LLC,
John W. Russell, Maria Jordan, C-103 Grande Bay,
LLC, J-Cat Properties, LLC, KPMAC Properties,
LLC, Elizabeth J. Branda, OSSJ Property Holdings,
LLC, CK/KC, LLC, Charles Kray and Sara Kray,
Charles Bittinger, III and Carmen K. Bittinger,
Atlantic Properties, LLC, John D. Story and
Diane M. Story, KPMAC Holdings, LLC,
Edward A. Haak, Jacqueline A. Funt,
Anna May Charrington and Peter Charrington,
Southern Serenity, LLC, Island Pursuits, LLC,
Keith Bolognese and Koryn Bolognese,
Peter H. Langer and Leslie S. Langer,
Raymond E. Krek and Gayle M. Krek,

                    Counterclaim, Cross-Claim,
                    And Third Party Defendants,

_____

Thomas Hill and John Jordan,

                    Counterclaimants,

Vs.

| | |
|---|---|
| Bay Isles Associates, LLLP, | ) |
|       Counterclaim Defendant, | ) |
| And | ) |
| David S. Band and Abel Band, Chartered, | ) |
|       Additional Counterclaim Defendants. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED by and between **THOMAS HILL** and **JOHN JORDAN** and **ABEL BAND, CHARTERED**, through their undersigned counsel, pursuant to Rule 41(c) of the Federal Rules of Civil Procedure, that all claims filed by **THOMAS HILL** and **JOHN JORDAN** in this matter against **ABEL BAND, CHARTERED only** shall be DISMISSED WITH PREJUDICE from the above captioned proceeding, Civ. No. 3:10-cv-00097-CVG-RM. The stipulating parties shall bear their own attorneys' fees and costs.

                                                MOORE, DODSON & RUSSELL, P.C.

DATED: November 1, 2011    By:    s\Treston E. Moore
                                           **Treston E. Moore (V.I. Bar No. 10)**
                                           P.O. Box 310
                                           St. Thomas, VI 00804
                                           Telephone: (340) 777-5490
                                           Telecopier: (340) 777-5498
                                           Email: tresmoore@aol.com

                                           *Attorneys for Abel Band, Chartered*

Case: 3:10-cv-00097-JRS-RM   Document #: 70   Filed: 11/01/11   Page 3 of 3

3:10-cv-00097
Stipulation of Dismissal
Page 3

                              **DUDLEY, TOPPER AND FEUERZEIG, LLP**

DATED: November 1, 2011     By:    s\Gregory H. Hodges
                                                    **Gregory H. Hodges (V.I. Bar No. 174)**
                                                    1000 Frederiksberg Gade (P.O. Box 756)
                                                    St. Thomas, U.S. Virgin Islands 00804
                                                    Telephone: (340) 715-4405
                                                    Telecopier: (340) 715-4400
                                                    Email: ghodges@dtflaw.com

                                                    *Attorneys for Thomas Hill and John Jordan*

### CERTIFICATE OF SERVICE

      I hereby certify that on this 1st day of November, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Michael L. Sheesley, Esq.
Kevin F. D'Amour, PC
P.O. Box 10829
St. Thomas, VI 00801

Simone R.D. Francis, Esq.
Ogletree, Deakins, Nash, Smoak & Stewart
The Tunick Building
1336 Beljten Road – Suite 202
St. Thomas, VI 00802

John H. Benham, III, Esq.
Law Offices of John Benham
P.O. Box 11720
St. Thomas, VI 00801

Matthew J. Duensing, Esq.
Duensing, Casner, Dollison & Fitzsimmons
P.O. Box 6785
St. Thomas, VI 00804

                                                                          s\Gregory H. Hodges

R:\DOCS\5784\2\PLDG\1315650.DOC